# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00533-CV

### In re Margaret A. Erlewine

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Margaret A. Erlewine has filed a petition for a writ of mandamus challenging the district court's June 7, 2006 protective order. We deny the petition for writ of mandamus. Tex. R. App. P. 52.

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed: October 19, 2006